# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODRICK MAURICE BRAYBOY,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-2604** |
| : | |
| **DEPARTMENT OF JUSTICE,** *et al.* : | |
|     Defendants. : | |

## ORDER

AND NOW, this 19th day of July, 2024, upon consideration of Plaintiff Rodrick Maurice Brayboy's Motion to Proceed In Forma Pauperis (ECF No. 1), it is **ORDERED** that:

1. Brayboy's Motion to Proceed In Forma Pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Brayboy seeks to proceed with this case, he shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Brayboy pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Brayboy pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Brayboy fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                                            **BY THE COURT:**

                                            */s/ Mitchell S. Goldberg*
                                            **MITCHELL S. GOLDBERG, J.**